474 A.2d 648

Commonwealth, Appellant, v. Barnett.

Argued September 29, 1983. Melinda G. Tell, Assistant District Attorney, for Commonwealth, appellant; Thomas Allen J. Crawford, Jr., for appellee.

Before BROSKY, McEWEN and BECK, JJ.

The order of the Court of Common Pleas of Allegheny County is reversed and the case remanded for trial. Jurisdiction is relinquished.

BECK, J., filed a dissenting memorandum.